JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE D
IRVINE, CA 92714
714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CHAU MINH HOANG

    Defendant(s).

COURT NO: 92 A 21109

DEFAULT JUDGMENT

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CHAU MINH HOANG

the sum of $2,500.00 as principal, $272.85 as accrued prejudgment interest, $0 administrative charges, and $0 costs,

plus $0 attorney fees for a total amount of $2,772.85,

plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: NOV 1 7 1992

    LEONARD A. BROSNAN, CLERK
    U.S. District Court
    Central District of California

By: _____
    Deputy Clerk